THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
James R. Ross,       
Appellant.
 
 
 

Appeal From Lancaster County
Paul E. Short, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-560
Submitted July 15, 2003  Filed September 
 29, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  James R. Ross pleaded guilty 
 to discharging a firearm into a dwelling.  Ross appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Ross did not file a pro 
 se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.